UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jeremiah Jackson,

    Plaintiff,

                                          Civil Case No. 22-10161

v.

Juliana Martino, *et al.*,              Sean F. Cox
                                                United States District Court Judge

    Defendants.
_____/

**ORDER ADOPTING
7/5/22 REPORT AND RECOMMENDATION**

    Plaintiff filed this action, asserting claims against a number of Defendants. The matter was referred to Magistrate Judge Patricia T. Morris for determination of all non-dispositive motions under 28 U.S.C. § 636(b)(1)(A) and issuance of a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).

    In a Report and Recommendation ("R&R") issued on July 5, 2022, the magistrate judge recommends that the Court dismiss the remaining two unidentified "John Doe" Defendants in this action. (ECF No. 34).

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

    The time for filing objections to the R&R has expired and the docket reflects that neither

party has filed objections to the R&R. The Court hereby ADOPTS the July 5, 2022 R&R.

IT IS ORDERED that the remaining two unidentified "John Doe" Defendants in this case are DISMISSED.

IT IS SO ORDERED.

                                                                   s/Sean F. Cox
                                                                   Sean F. Cox
                                                                   United States District Judge

Dated: August 3, 2022