UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMIAH JACKSON,

    Plaintiff,

v.                                            Case No. 22-10161

JULIANA MARTINO, *et al.*,          Sean F. Cox
                                                    United States District Court Judge

    Defendants.
_____/

**ORDER**
**ADOPTING REPORT AND RECOMMENDATION (ECF NO. 49)**
**AND DISMISSING CLAIMS AGAINST DEFENDANTS JOHNSON, NGUYEN, AND**
**PARR-MIRZA WITHOUT PREJUDICE**

    This matter was referred to Magistrate Judge Patricia T. Morris for all pretrial proceedings. In a Report and Recommendation issued on September 21, 2022, Judge Morris recommends that this Court grant that motion and dismiss Plaintiff's claims against Defendants Teri Johnson, Emily Nguyen, and Erin Parr-Mirza without prejudice for failure to exhaust administrative remedies before filing suit.

    The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

    The Court hereby **ADOPTS** the September 21, 2022 Report and Recommendation. The Court **GRANTS** Defendants Teri Johnson, Emily Nguyen, and Erin Parr-Mirza's Motion to Dismiss and for Summary Judgment on the Basis of Exhaustion and **DISMISSES** Plaintiff's claims against them **WITHOUT PREJUDICE** based on Plaintiff's failure to exhaust his administrative remedies before filing suit.

**IT IS SO ORDERED.**

s/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: October 20, 2022