UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMIAH JACKSON,

    Plaintiff,                        Civil Action No. 22-10161
                                         Honorable Jonathan J.C. Grey

v.

JULIANA MARTINO, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 82) and DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST DEFENDANTS ITOTA, JEFFERSON, AND VELK

*Pro se* plaintiff Jeremiah Jackson filed this 42 U.S.C. § 1983 lawsuit against numerous defendants, including Kingsley Itota, Charles Jefferson, and Daniel Velk, alleging a violation of his Eighth Amendment rights. This matter comes before the Court on Magistrate Judge Patricia T. Morris's Report and Recommendation dated August 28, 2023. (ECF No. 82.) In the Report and Recommendation, the Magistrate Judge recommends that the Court dismiss without prejudice Jackson's claims against Itota, Jefferson, and Velk. No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated August 28, 2023 (ECF No. 82) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Jackson's claims against Itota, Jefferson, and Velk are **DISMISSED WITHOUT PREJUDICE**.

**IT IS ORDERED**.

                                      s/Jonathan J.C. Grey
                                      JONATHAN J.C. GREY
Dated: September 25, 2023      UNITED STATES DISTRICT JUDGE

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 25, 2023.

                                 s/ S. Osorio
                                 Sandra Osorio
                                 Case Manager